O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS,<br><br>                Petitioner,<br><br>     v.<br><br>JOE A. LIZARRAGE, *Warden*,<br><br>                Respondent. | Case No. ED CV 16-2043 FMO (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation ("R&R"), and the remaining record, and has made a *de novo* determination.  No objections to the Report and Recommendation have been filed.

      As such, the Court accepts the findings and recommendation of the R&R, but notes one minor revision: the word "federal" on page 1, line 20 should be replaced with the words "California state," as Petitioner is a California state prisoner.

      Accordingly, IT IS ORDERED THAT:

      1.    The Report and Recommendation, with the aforementioned revision, is approved and accepted;

      2.     Judgment be entered denying the Petition and dismissing this action with prejudice;

      3.     All pending motions are denied as moot and terminated; and

      4.     The Clerk serve copies of this Order on the parties.

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: November 28, 2016                               /s/
                                                          HON. FERNANDO M. OLGUIN
                                                    UNITED STATES DISTRICT JUDGE