JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN R. CROSS, | Case No. ED CV 16-2043 FMO (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOE A. LIZARRAGE, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: November 28, 2016          /s/
                                                                    HON. FERNANDO M. OLGUIN
                                                                    UNITED STATES DISTRICT JUDGE